Before the Second Division, September 27, 1967

**No. P67/317.**—John L. Westland & Son, Inc., et al. *v.* United States, protests 63/12294, etc. (San Diego).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of echo-sounding

equipment similar in all material respects to those the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiffs was sustained.